Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN KOGAN,<br><br>Defendant. | CASE NO. CR14-0165RAJ<br><br>**ORDER OF FORFEITURE** |

THIS MATTER having come before the Court on the government's motion for entry of an order of forfeiture and and the Court having reviewed the motion and the record in the case, and being fully advised, finds,

On December 7, 2015, Defendant KEVIN KOGAN entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offense charged in Count 1 of the Indictment, Conspiracy to Distribute Controlled Substances by Means of Internet, in violation of Title 21, United States Code, Sections 823(f), 841(h)(1), 841(b)(1)(E), and 846, and further agreed to forfeit to the United States a money judgment totaling One Hundred Fifty-Five Thousand, Six Hundred Sixty Dollars and Thirty-Four Cents ($155,660.34), representing proceeds obtained as a result of the offense charged in Count 1 of the Indictment, and

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

ORDER OF FORFEITURE - 1
*U.S. v. Kevin Kogan* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
2 DECREED that the Defendant shall forfeit to the United States:

3    A Money Judgment totaling One Hundred Fifty-Five Thousand, Six Hundred
4    Sixty Dollars and Thirty-Four Cents ($155,660.34), representing proceeds
     obtained as a result of the offense charged in Count 1 of the Indictment,
5
6 which is subject to forfeiture pursuant to Title 21, United States Code, Section 853.

7    IT IS FURTHER ORDERED that the United States District Court shall retain
8 jurisdiction in the case for the purpose of enforcing this Order;

9    IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of
10 Forfeiture shall become final as to the defendant as of the time of sentencing, and shall be
11 made part of the sentence and included in the judgment;

12    IT IS FURTHER ORDERED that the United States may, at any time, move
13 pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a
14 value not to exceed $155,660.34 to satisfy the money judgment in whole or in part; and

15    The Clerk of the Court is directed to send a copy of this Order of Forfeiture to all
16 counsel of record.

17    IT IS SO ORDERED,
18    DATED this 8th day of April, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 2
*U.S. v. Kevin Kogan* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970