JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN C. KOGAN,<br><br>  Defendant. | No.  CR14-165-RAJ<br><br>ORDER TO SEAL SUPPLEMENTAL DEFENSE SENTENCING EXHIBIT |

THIS MATTER has come before the undersigned on the motion of Defendant Kevin C. Kogan to file his Supplemental Exhibit to his Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

Therefore, IT IS ORDERED that Defendant Kevin C. Kogan's Motion to Seal (Dkt. #260) is GRANTED and his Supplemental Exhibit to his Sentencing Memorandum filed under Dkt. #261 shall remain under seal.

DATED this 13th day of May, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL SUPPLEMENTAL DEFENSE
SENTENCING EXHIBIT
(*U.S. v. Kevin C. Kogan*; CR14-165-RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100