THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-165-RAJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT KEVIN KOGAN'S EXPEDITED UNOPPOSED MOTION TO EXTEND DATE FOR VOLUNTARY SURRENDER |
| KEVIN C. KOGAN, | |
| Defendant. | |

This Court has considered Defendant Kevin Kogan's Expedited Unopposed Motion to Extend the Date for his Voluntary Surrender, Defense Counsel's Declaration in Support of the Motion, together with his proposed Order, and the records and pleadings already on file. It is, therefore,

ORDERED that Defendant Kevin Kogan's Expedited Unopposed Motion to Extend the Date for Voluntary Surrender is GRANTED.

IT IS FURTHER ORDERED that Defendant Kevin Kogan shall self-surrender to U.S. Penitentiary Pollock Satellite Camp, Pollock, Louisiana on August 5, 2016, at 10:00 a.m. (EST).

DONE this 5th day of July, 2016.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jennifer E. Wellman for Russell V. Leonard
Russell V. Leonard
Assistant Federal Public Defenders

[PROPOSED] ORDER GRANTING KEVIN
KOGAN'S UNOPPOSED EXPEDITED
MOTION TO EXTEND DATE FOR
VOLUNTARY SURRENDER
(U.S. v. Kevin C. Kogan; CR14-165RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100