JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-165-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO AMEND JUDGMENT |
| ) | FOR DEFENDANT KEVIN KOGAN |
| KEVIN C. KOGAN, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the unopposed motion of Defendant Kevin C. Kogan to amend his Judgment.  The Court has considered the motion and records in this case, finds there are compelling reasons to recommend that the facility to which Mr. Kogan is designated be FPC Bastrop, or in the alternative, another camp facility within the State of Texas, and therefore GRANTS the motion (Dkt. #302).  The Amended Judgment shall include the following language:

> In light of the fact that Defendant, Kevin Kogan, is apparently a camp-eligible inmate, the Court recommends designation to FPC Bastrop or other camp facility within the state of Texas and nearest to his release residence instead of FPC Pollock, Louisiana, in order to facilitate visitation by his very close and supportive family, including his minor children, and elderly and infirm stepfather.

ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT FOR DEFENDANT KEVIN KOGAN
(*U.S. v. Kevin C. Kogan*; CR14-165-RAJ)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1    IT IS ORDERED that Mr. Kogan's Judgment be amended to reflect that the
2  Court recommends that Mr. Kogan be designated to FPC Bastrop, or in the alternative,
3  another camp facility within the State of Texas.
4    DATED this 26th day of July, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
AMEND JUDGMENT FOR DEFENDANT KEVIN
KOGAN
(*U.S. v. Kevin C. Kogan*; CR14-165-RAJ)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**